UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

VALESKA FERRER,

    Plaintiff,

vs.                                Case No.:

RADIUS INTERNATIONAL, INC.,

                                  State Court Case No.: 2020-005064-CA-01

    Defendant.

_____/

## NOTICE OF REMOVAL

    Defendant, RADIUS INTERNATIONAL, INC. ("RII"), by and through its undersigned counsel, pursuant to 28 U.S.C. §§ 1331, 1441 (b) and 1446, hereby gives notice of the removal to this Court of the above-styled case, previously filed in Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida as Case No.: 2020-005064-CA-01. As grounds for this removal, RII states the following:

    1.    This civil cause of action was commenced in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida by the filing of a Complaint against RII, Case No. 2020-005064-CA-01, on or about March 3, 2020.

    2.    Defendant RII accepted service of the Summons and Complaint on April 2, 2020 via a waiver of service of process and the time within which RII is required by the law of the State of Florida to answer or otherwise plead has not yet expired. In accordance with 28 U.S.C. § 1446(a), a complete copy of all process, pleadings and orders served upon Defendant to date is attached as **Exhibit "A."**

3. In her complaint, Plaintiff asserts a claim and seeks damages for overtime compensation pursuant to the federal Fair Labor Standards Act, 29 U.S.C. § 201, et. seq. ("FLSA") (See Complaint, ¶ 1, 6-22.)

4. Accordingly, the instant action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and 1446(b), and may be removed to this Court by petition, pursuant to 28 U.S.C. § 1441, inasmuch as Plaintiff has alleged a cause of action arising under the laws of the United States.

5. Any civil action filed in state court may be removed by a defendant to federal court if the case could have been brought originally in federal court. See 28 U.S.C. § 1441(a).

6. Pursuant to 28 U.S.C. § 1441(a), venue rests in the United States District Court for the Southern District of Florida, inasmuch as the instant action is being removed from the State Court where it was originally filed in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.[1] A copy of the Notice of Filing Defendant's Notice of Removal is attached hereto as **Exhibit "B."**

7. The right to remove this action has not been waived by the filing of any paper seeking affirmative relief from the State Court, and this Notice of Removal has been timely filed pursuant to 28 U.S.C. § 1446(b). RII has no knowledge of any other pleadings, orders or papers served in this action other than Exhibits attached hereto.

WHEREFORE, Defendant, RADIUS INTERNATIONAL, INC., respectfully request that this action be removed from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-

---

[1] Defendant maintains venue may be transferred pursuant to 28 U.S.C. § 1391 to the United States District Court, District of Massachusetts, on various grounds including, but not limited to, the jurisdictional provision in the governing Employment Agreement between Plaintiff and Defendant dated March 5, 2018. Defendant's motion in this regard will be filed within the time period permitted under Fed. R. Civ. P. 81(c)(2).

Dade County, Florida to the United States District Court for the Southern District of Florida, pursuant to 28 U.S.C. §§ 1331 and 1441.

Respectfully submitted this 1st day of May, 2020

          Defendant,
          RADIUS INTERNATIONAL, INC.
          By its attorneys,

*Jessica M. Farrelly, Esq.*
Florida Bar No.: 103055
ICARD, MERRILL, CULLIS, TIMM,
FUREN & GINSBURG, P.A.,
2033 Main Street, Suite 600
Sarasota, Florida 34237
Tel.: (941) 366-8100
Fax: (941) 366-6384
jfarrelly@icardmerrill.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of May, 2020, I served the foregoing via e-mail and mailed a copy, postage prepaid, to plaintiff's attorneys of record in this case:

Nnamdi S. Jackson, Esq.
njackson@nsjlawoffice.com
The Law Office of Nnamdi S. Jackson, P.A.
2645 Executive Park Drive, Suite 340
Weston, FL 33331

Alberto Naranjo, Esq.
an@anlawfirm.com
AN Law Firm, P.A.
7900 Oak Lane #400
Miami Lakes, FL 33016

*Jessica M. Farrelly, Esq.*
Florida Bar No.: 103055
jfarrelly@icardmerrill.com
Attorney for Defendant