Filing # 104287633 E-Filed 03/03/2020 10:21:33 PM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

I. **CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u> COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>VALESKA FERRER</u>
Plaintiff
vs.
<u>RADIUS INTERNATIONAL, INC.</u>
Defendant

II. **AMOUNT OF CLAIM**
Please indicate the estimated amount of the claim rounded to the nearest dollar $<u>30,001</u>

III. **TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
    - ☐ Business governance
    - ☐ Business torts
    - ☐ Environmental/Toxic tort
    - ☐ Third party indemnification
    - ☐ Construction defect
    - ☐ Mass tort
    - ☐ Negligent security
    - ☐ Nursing home negligence
    - ☐ Premises liability – commercial
    - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
    - ☐ Commercial foreclosure
    - ☐ Homestead residential foreclosure
    - ☐ Non-homestead residential foreclosure
    - ☐ Other real property actions
- ☐ Professional malpractice
    - ☐ Malpractice – business
    - ☐ Malpractice – medical

- ☐ Malpractice – other professional
- ☒ Other
    - ☐ Antitrust/Trade Regulation
    - ☐ Business Transaction
    - ☐ Circuit Civil - Not Applicable
    - ☐ Constitutional challenge-statute or ordinance
    - ☐ Constitutional challenge-proposed amendment
    - ☐ Corporate Trusts
    - ☒ Discrimination-employment or other
    - ☐ Insurance claims
    - ☐ Intellectual property
    - ☐ Libel/Slander
    - ☐ Shareholder derivative action
    - ☐ Securities litigation
    - ☐ Trade secrets
    - ☐ Trust litigation
- ☐ County Civil
    - ☐ Small Claims up to $8,000
    - ☐ Civil
    - ☐ Replevins
    - ☐ Evictions
    - ☐ Other civil (non-monetary)

1tL

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐  No ☒

**IV.   REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Non-monetary declaratory or injunctive relief;
☒ Punitive

**V.   NUMBER OF CAUSES OF ACTION:**
(Specify)

1

**VI.   IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ Yes
☒ No

**VII.   HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ No
☐ Yes – If "yes" list all related cases by name, case number and court:

**VIII.   IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ Yes
☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:  s/ Alberto Naranjo
            Attorney or party
FL Bar No.: 0092923
            (Bar number, if attorney)
            Alberto Naranjo
            (Type or print name)
    Date:  03/03/2020

1tL

Filing # 104287633 E-Filed 03/03/2020 10:21:33 PM

IN THE CIRCUIT COURT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA
CIVIL DIVISION

| | |
|---|---|
| VALESKA FERRER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: |
| | ) |
| RADIUS INTERNATIONAL, INC. | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff, Valeska Ferrer, ("Plaintiff"), brings this action against Defendant, Radius International, Inc., alleging as follows:

### NATURE OF ACTION

1. This action is brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* (the "FLSA"), to recover damages above $30,000.00.

### JURISDICTION AND VENUE

2. The court has jurisdiction pursuant to Fla. Stat. § 26.012, 29 U.S.C. §201 *et seq.*, and 29 U.S.C. 216(b).

3. The actions giving rise to this suit occurred in Miami-Dade County, Florida. *See* Fla. Stat. § 47.011

4. Plaintiff is a resident of Miami-Dade County, Florida at all times relevant to this action.

5. Defendant conducted business in Miami-Dade County, Florida at all times relevant to this action. Defendant is a shipping company.

## COVERAGE

6. At all material times relevant to this action, Defendant Radius International, Inc. ("Defendant Radius") was an enterprise covered by the FLSA, and as defined by 29 U.S.C. § 203(r) and 203(s).

7. At all times relevant to this action, Plaintiff Ferrer was an employee of Defendant Radius within the meaning of the FLSA 29 U.S.C. §203(e).

8. At all material times relevant to this action, Defendant Radius was an employer as defined by 29 USC§ 203(d).

9. During all material times, Defendant Radius employed two or more people engaged in commerce, handling or otherwise working on materials which have been moved in or produced for interstate commerce.

10. During all material times, Defendant Radius had an annual gross volume of sales made or business done of not less than $500,000 (exclusive of excise taxes at the retail level which are separately stated).

11. During all times material, Defendant Radius accepted payments from customers based on credit cards issued by out-of-state banks.

## COUNT I – OVERTIME (FLSA)

12. Plaintiff Valeska Ferrer incorporates the allegations set forth in Paragraphs 1 through 11 as if set forth fully herein.

13. On or about March 19, 2017, Plaintiff Valeska Ferrer ("Plaintiff Ferrer") began employment with Defendant Radius.

14. As an employee of Defendant Radius, Plaintiff Ferrer had no power to hire or fire other employees.

ItL

15. Plaintiff Ferrer never did employee payroll, nor did she have input regarding employee scheduling for Defendant Radius.

16. Plaintiff Ferrer did not direct the work of two or more employees of Defendant Radius.

17. Plaintiff Ferrer's primary duties did not include the exercise of discretion and independent judgment with respect to matters of significance.

18. Plaintiff Ferrer called customers and arranged for pickups.

19. Throughout her employment, Plaintiff Ferrer worked overtime hours for which she received no compensation, in violation of the FLSA.

20. Defendant Radius monitors Plaintiff Ferrer's work hours, and Defendant Radius is aware that Plaintiff regularly worked overtime hours for which she did not receive overtime pay.

21. As a result of Defendant's intentional, willful and unlawful acts by refusing to pay Plaintiff Ferrer overtime in violation of the FLSA, Plaintiff Ferrer has suffered damages plus incurring reasonable attorneys' fees and costs.

22. As a result of Defendant's willful violation of the Fair Labor Standards Act, Plaintiff Ferrer is entitled to unpaid overtime and liquidated damages.

WHEREFORE, Plaintiff Ferrer prays for an award of (i) payment for all overtime hours worked; (ii) an equal amount as liquidated damages; and (iii) reasonable attorney's fees and costs. Respectfully submitted,

/s Nnamdi Jackson
Nnamdi S. Jackson
Fla. Bar No. 99804
The Law Office of Nnamdi S. Jackson, P.A.
2645 Executive Park Drive, suite 340
Weston, FL 33331
(954) 670-1267
njackson@nsjlawoffice.com

/s/*Alberto Naranjo*
AN Law Firm, P.A.
7900 Oak Ln # 400 AN Law
Miami Lakes, FL ███-5888
United States
Office: 305-942-8070
Email: AN@ANLawFirm.com
Counsel for Plaintiffs

Filing # 104815662 E-Filed 03/12/2020 06:40:25 PM

IN THE CIRCUIT COURT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA
CIVIL DIVISION

| | |
|---|---|
| VALESKA FERRER,<br><br>Plaintiff,<br><br>vs.<br><br>RADIUS INTERNATIONAL, INC.,<br><br>Defendant. | CASE NO.: 2020-005064-CA-01 |

SUMMONS IN A CIVIL CASE

**TO:** RADIUS INTERNATIONAL, INC., through its Registered Agent:

John Deschamps
1500 NW 89th CT STE 111-A
Doral, FL 33172

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Alberto Naranjo
AN Law Firm, P.A.
7900 Oak Ln # 400 AN Law
Miami Lakes, FL 33016

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK              DATE

_____
(BY) DEPUTY CLERK

Filing # 104815662 E-Filed 03/12/2020 06:40:25 PM

IN THE CIRCUIT COURT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA
CIVIL DIVISION

| | |
|---|---|
| VALESKA FERRER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO.: 2020-005064-CA-01 |
| RADIUS INTERNATIONAL, INC., | ) ) ) |
| Defendant. | ) ) |

**SUMMONS IN A CIVIL CASE**

TO: RADIUS INTERNATIONAL, INC., through its Registered Agent:

John Deschamps
1500 NW 89th CT STE 111-A
Doral, FL 33172

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Alberto Naranjo
AN Law Firm, P.A.
7900 Oak Ln # 400 AN Law
Miami Lakes, FL 33016

an answer to the complaint which is herewith served upon you, within 20 days after service of

this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default

will be taken against you for the relief demanded in the complaint. You must also file your

answer with the Clerk of this Court within a reasonable period of time after service.



CLERK                 3/17/2020
                              DATE

(BY) DEPUTY CLERK

1tL

Filing # 105897298 E-Filed 04/06/2020 12:13:53 PM

| ☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. |||
|---|---|---|
| ☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. |||
| **DIVISION** <br> ☒ CIVIL <br> ☐ DISTRICTS <br> ☐ OTHER | **WAIVER OF SERVICE OF PROCESS** <br> (c) Forms for Services by Mail. <br> (2) Waiver of Service of Process. | **CASE NUMBER** <br> 2020-005064-CA-01 |
| **PLAINTIFF(S)** <br> VALESKA FERRER | **VS. DEFENDANT(S)** <br> RADIUS INTERNATIONAL, INC. | **CLOCK IN** |

TO: Jeff Piper; Insperity c/o Radius International, Inc.

I acknowledge receipt of your request that I waive service of process in the lawsuit of ___VALESKA FERRER___ v. ___RADIUS INTERNATIONAL, INC.___ in the ☒ Circuit ☐ County Court in ___MIAMI-DADE COUNTY___. I have also received a copy of the complaint, two copies of this waiver, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service process and an additional copy of the complaint in this lawsuit by not requiring that I, (or the entity on whose behalf I am acting), be served with judicial process in the manner provided by Fla. R. Civ. P.1.070.

If I am not the defendant to whom the notice of lawsuit and waiver of service of process was sent, and my authority to accept service on behalf of such person or entity is as follows I declare that my relationship to the entity or person to whom the notice was sent and my authority to accept service on behalf of such person or entity is as follows:
(describe relationship to person or entity and authority to accept service) ___COUNSEL for Defendant___

I, (or the entity on whose behalf I am acting), will retain all defense or objections to the lawsuit or to the jurisdiction or venue of the court except for any objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me, (or the party on whose behalf I am acting), if a written response is not served upon you within 60 days from the date I received the notice of lawsuit and request for waiver of service of process.

DATED ON ___April 2, 2020___

_____
Defendant or Defendant's Representative
___Icard, Merrill, Cullis, Timm, Furen + Ginsburg, P.A.___

### AMERICANS WITH DISABILITIES ACT OF 1990
### ADA NOTICE

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."